UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE DONELL PERKINS,

        Plaintiff,

   v.

L. CHRONES, Director, California Department of Corrections, et al.,

        Defendants.

No. C 09-5855 PJH (PR)

**ORDER NUNC PRO TUNC**

In the body of the order of service entered on February 16, 2010, the court listed defendant K. J. Allen as a defendant against whom a claim had been stated. She also was listed as one of the defendants to be served in paragraph three of the Conclusion section of the order, but in paragraph one of the same section was erroneously included in the list of defendants who were dismissed. The order is **AMENDED** nunc pro tunc to delete the name of K. J. Allen from paragraph one on page five of the order. The clerk shall issue process and the marshal shall serve her.

**IT IS SO ORDERED.**

Dated: May 3, 2010.

                        PHYLLIS J. HAMILTON
                        United States District Judge

P:\PRO-SE\PJH\CR.09\PERKINS5855.allen service.wpd