United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LONNIE DONELL PERKINS, | No. 4:09-CV-5855 PJH (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| L. CHRONES, et al., | |
| Defendants. _____/ | |

The parties have filed a stipulation and proposed order regarding voluntary dismissal of this action with prejudice. (Docket no. 70.) Accordingly, the settlement conference set in this matter for December 7, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: December 4, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LONNIE DONELL PERKINS,

    Plaintiff,

v.

L. CHRONES, et al,

    Defendants.
                                      /

No. 4:09-CV-5855 PJH (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 4, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dated: December 4, 2012

                                              /s/ *Linn Van Meter*
                                              Linn Van Meter
                                              Administrative Law Clerk to the
                                              Honorable Nandor J. Vadas