1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  MARISA Y. KIRSCHENBAUER
   Deputy Attorney General
4  State Bar No. 226729
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-1380
6   Fax: (415) 703-5843
    E-mail: Marisa.Kirschenbauer@doj.ca.gov
7  *Attorneys for Defendants B. Thornton, J. McMillan,
   K.J. Allen, and K. Brandon*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LONNIE DONELL PERKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**L. CHRONES, et al.,**<br><br>Defendants. | C 09-5855 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Phyllis J. Hamilton<br>Action Filed: December 15, 2010 |

Plaintiff Lonnie Donnell Perkins and Defendants B. Thornton, J. McMillan, K.J. Allen, and K. Brandon stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes a dismissal of any claims against any past and unknown Defendants in this action. Each side shall bear its own attorneys' fees and costs as outlined in the Settlement Agreement. The filing of this stipulation automatically terminates this action.

IT IS SO STIPULATED.

1

Stip. And [Proposed] Order Voluntary Dismissal With Prej. (C 09-5855 PJH)

DATED: ~~November~~ December 3, 2012

_____
Lonnie D. Perkins
Plaintiff

DATED: November 29, 2012

_____
Marisa Y. Kirschenbauer, Esq.
Deputy Attorney General
Attorney for Defendants B. Thornton, J. McMillan, K.J. Allen, and K. Brandon

In accordance with the parties' stipulation, it is so ordered.

12/5/12
Date

The Honorable Phyllis J. Hamilton
United States District Judge

SF2010400895
20651046.doc

2

Stip. And [Proposed] Order Voluntary Dismissal With Prej. (C 09-5855 PJH)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perkins v. L. Chrones, et al.**
No.:         **C 09-5855 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>December 3, 2012</u>, I served the attached:

### STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| **Lonnie Donell Perkins** <br> **(C-87629)** <br> **Pelican Bay State Prison** <br> **P.O. Box 7000** <br> **Crescent City, CA  95531-7000** <br> *Pro Se* | **Courtroom Deputy to Judge Vadas** <br> *Email:* njvcrd@cand.uscourts.gov |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2012, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | /s/ L. Santos |
| Declarant | Signature |

SF2010400895
20654723.doc